# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: **CR-20-344-D**

Charging Document: **Information**   No. of Defendants: **1**   Total No. of Counts: **2**   Sealed: Y ☐

Forfeiture: Y ☐  N ✔   OCDETF: Y ☐  N ✔   Warrant: ☐   Summons: ☐   Notice: ✔   N ✔

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: _____

| | |
|---|---|
| Name: **JORDAN GLEN YOUNG** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: xx/xx/1983   SSN: xxx-xx-0576 | Race: White   Interpreter: Y ☐  N ✔ |
| Sex: M ✔  F ☐   Juvenile: Y ☐  N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

✔ Not in Custody   ☐ Detention Requested   Complaint: Y ☐  N ✔
✔ Type of Bond: Unsecured
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
   Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: **JACQUI FORD**   AUSA: Bow Bottomly
☐ CJA Panel   Address: 1621 N. Classen Blvd., Oklahoma City, OK 73106   Agent/Agency: FBI
✔ Retained   Phone: (405) 740-2419   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1343 | Wire Fraud | NMT 20 yrs; $250,000 fine, or both; 3 yrs S/R; $100 SA |
| 2 | 26 U.S.C. § 7206(1) | False Federal Income Tax Return | NMT 3 yrs; $250,000 fine, or both; 1 yr S/R $100 SA |

**Signature of AUSA:** s/BOW BOTTOMLY   **Date:** 12/21/2020

CLEAR ALL   PRINT FORM   3/19